CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ASSURANCEFORENINGEN SKULD
(GJENSIDIG),

       Plaintiff,       08-CV-01636

    v.           **NOTICE OF**
                **APPEARANCE**
TORRIDON SHIPPING and SOTRAMP
SHIPPING & TRADING INC.,

       Defendants.
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
    March 12, 2008

              CLARK, ATCHESON & REISERT
              Attorneys for Garnishee
              Societe Generale New York Branch

      By: _/s/ Richard J. Reisert_
              Richard J. Reisert (RR-7118)
              7800 River Road
              North Bergen, NJ 07047
              Tel: (201) 537-1200
              Fax: (201) 537-1201
              Email: reisert@navlaw.com