# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Siegel - *nrs@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | Coleen A. McEvoy - *cam@lenmur.com* | *fax* (203) 256-8615 |
| | Anne C. LeVasseur - *acl@lenmur.com* | |

June 12, 2008

<u>By facsimile (212) 805-6382</u>
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1581

        Re: <u>**ASSURANCEFORENINGEN SKULD (GJENSIDIG) v. TORRIDON SHIPPING and SOTRAMP SHIPPING & TRADING INC.,**</u> Docket #: 08 Civ. 1636 (VM), Our Ref: 1295

Dear Judge Marrero:

    As set forth in your Honor's Order dated April 22, 2008, we write to provide the Court with the status of the above-captioned case.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On February 19, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York. The Defendants have not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendants' property has been restrained in the district.

    As Defendants have not appeared and no property has been attached, we respectfully request that we be allowed to serve the Process of Maritime Attachment for another sixty (60) days beyond July 21, 2008 in the hopes of securing Plaintiff's claim and obtaining jurisdiction over the Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08
```

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's second request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Coleen A. McEvoy

> Request GRANTED. The Writ of Maritime Attachment authorized herein shall remain in effect and may be served for an additional sixty (60) days beyond its current expiration. No further extensions will be considered.
>
> SO ORDERED:
> 6-12-08
> DATE   VICTOR MARRERO, U.S.D.J.

2